# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>CLEOFAS RAQUEL VILLAREAL QUINONEZ (1),<br><br>　　　　　　　　　　Defendant. | CASE NO. 09CR2519WQH<br><br>ORDER |

Hayes, Judge:

　　The matter before the Court is the Request for a 4 level reduction for fast track filed by the Defendant. (ECF No. 184). On January 27, 2012, this Court entered a Judgment committing the Defendant to the custody of the United States Bureau of Prisons to be imprisoned for a term of eighty (80) months. This Court has no jurisdiction to correct or modify criminal judgment at this stage in the proceedings. *See,* Rule 35(a) of the Federal Rules of Criminal Procedure. Defendant's request for a 4 level reduction for fast track (ECF No. 184) is denied.

DATED: January 29, 2013

　　　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　　　United States District Judge